

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00567-CR

Martin Daniel **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 567057
Honorable Genie Wright, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

Delivered and Filed: December 5, 2018

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to dismiss this appeal and for expedited issuance of the mandate. "At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant and his or her attorney must sign the written motion . . . ." TEX. R. APP. P. 42.2(a). This court has not decided this case, and appellant's motion is signed by both appellant and appellant's attorney. The motion is granted, and this appeal is

dismissed. We therefore grant appellant's motion, dismiss this appeal, and order the clerk of this court to immediately issue the mandate. *See id.*; *see also id.* R. 18.1(c).

PER CURIAM

DO NOT PUBLISH